IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
ANTHONY WALL,

: CHAPTER 13

**Debtor**

: BANKR. No. 22-10802

### VERIFIED STATEMENT RE PAY ADVICES AND TAX RETURNS

I hereby certify that I have not obtained any pay advices nor have I filed any tax returns for over five years because I am a totally disabled veteran and, as a result, I have no employment and I do not believe that any of my disability income is taxable

Dated: 4/26/22

/s/ ANTHONY WALL