# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                              Chapter 13

                              Bankruptcy No. 22-10802-MDC

ANTHONY WALL

5033 SCHUYLER STREET

PHILADELPHIA, PA 19144

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ANTHONY WALL

    5033 SCHUYLER STREET

    PHILADELPHIA, PA 19144

Counsel for debtor(s), by electronic notice only.

    DAVID SCHOLL, ESQUIRE
    512 HOFFMAN ST

    PHILADELPHIA, PA 19148-

                                                   /S/ Kenneth E. West

Date: 10/4/2022                              _____

                                                   Kenneth E. West, Esquire
                                                   Chapter 13 Standing Trustee