**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:
ANTHONY WALL,                                       :        CHAPTER 13
Debtor

: BANKRUPTCY NO. 17-14683

### DEBTOR'S ANSWER TO TRUSTEE'S MOTION TO DISMISS

The Debtor has not delayed in prosecuting this case.  The plan calls for a loan modification of the Debtor's first mortgage for which he is applying.  Also, the Debtor has filed an adversary proceeding challenging the secured status of the City's claim.

WHEREFORE, the Debtor requests that the Trustee's Motion to Dismiss this bankruptcy case.be denie; or, in the alternative, that the hearings of November 17, 2022, be continued.

Date:   October 25, 2022                              Attorney for Debtor

/s/DAVID A. SCHOLL
512 Hoffman Street
Philadelphia, PA.  19148
610-550-1765