**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**
**ANTHONY WALL,**                                                       :     **CHAPTER 13**
**Debtors**                                                                      **: BANKR. No. 22-10802**

**CERTIFICATION OF SERVICE**

I hereby certify that I served copies of the Debtor's Third Amended Plan on May 2, 2023, on all secured and priority creditors on the claims Docket in the Debtor's case, namely : Navy Federal Credit Union; Fifth Third Bank; U. S. Bank;; City of Philadelphia, Water Revenue Bureau; and City of Philadelphia, Law—Tax and Revenue Unit.

Dated:  May 3, 2023

_____
/s/ DAVID A. SCHOLL
512 Hoffman Street
Philadelphia, PA.  19148
610-550-1765
Fax 267-639-9178
Attorney for the Debtor