*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Anthony Wall
    Debtor(s)

Case No: 22−10802−mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*RESCHEDULED \*\*
Motion to Dismiss Case. Filed by KENNETH E. WEST
Represented by KENNETH E. WEST

    on: 6/22/23

    at: 09:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

Date:  6/8/23

For The Court

Timothy B. McGrath
Clerk of Court

46 − 27
Form 167