United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10802-amc |
| Anthony Wall | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 20, 2024 | Form ID: pdf900 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony Wall, 5033 Schuyler Street, Philadelphia, PA 19144-4807 |
| 14680237 | | First Third Bank, P.O. Box 630778, Cincinnati, OH 45263-0778 |
| 14680238 | + | LaSalle Bank, N.A., 2780 Lake Vista Drive, Lewisville, TX 75067-3884 |
| 14682056 | + | U.S. Bank NA, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 20 2024 23:51:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 20 2024 23:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: megan.harper@phila.gov | Sep 20 2024 23:51:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 20 2024 23:50:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton rd #202, Fairfield, NJ 07004-2927 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 20 2024 23:50:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 20 2024 23:50:00 | U.S. Bank, N.A., Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd.,, Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 14680233 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 20 2024 23:58:55 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14710105 | | Email/Text: megan.harper@phila.gov | Sep 20 2024 23:51:00 | City of Philadelphia, Pamela Elchert Thurmond, Esq., Municipal Services Building, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14680235 | | Email/Text: megan.harper@phila.gov | Sep 20 2024 23:51:00 | City of Philadelphia, law Dept., 5th floor, Municipal Services building, 1401 JFK Blvd., Philadelphia, PA 19102 |
| 14711806 | | Email/Text: megan.harper@phila.gov | Sep 20 2024 23:51:00 | City of Philadelphia/, School District of Philadelphia, Law Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor, Philadelphia PA 19102 |
| 14710109 | | Email/Text: megan.harper@phila.gov | Sep 20 2024 23:51:00 | Water Revenue Bureau, Pamela Elchert Thurmond, Esq., Municipal Services Building, |

Case 22-10802-amc   Doc 89   Filed 09/22/24   Entered 09/23/24 00:36:32   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 20, 2024 | Form ID: pdf900 | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| 14691441 | | Email/Text: megan.harper@phila.gov | Sep 20 2024 23:51:00 | 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-159<br><br>Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14680239 | | Email/Text: cfcbackoffice@contfinco.com | Sep 20 2024 23:50:00 | Mabt/contfin, 121 Continental Dr Ste 1, Newark, DE 19713 |
| 14680232 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 20 2024 23:58:49 | Cap One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14680236 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 20 2024 23:58:45 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14680234 | | Email/Text: BNSFS@capitalsvcs.com | Sep 20 2024 23:50:00 | Ccs/first Savings Bank, 500 East 60th St North, Sioux Falls, SD 57104 |
| 14684509 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Sep 20 2024 23:50:00 | Fifth Third Bank N.A., PO Box 9013, Addison, Texas 75001-9013 |
| 14681407 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2024 23:58:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14683184 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 20 2024 23:58:44 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14680240 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 20 2024 23:58:45 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14681273 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 20 2024 23:51:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14680241 | + | Email/PDF: cbp@omf.com | Sep 20 2024 23:58:44 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14680242 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 20 2024 23:51:00 | Pennsylvania Department of Revenue, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14682530 | ^ | MEBN | Sep 20 2024 23:47:18 | Philadelphia Gas Works, 800 W Montgomery Ave, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |
| 14696505 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 20 2024 23:51:00 | U.S. Bank NA, successor trustee, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14842566 | + | Email/Text: RASEBN@raslg.com | Sep 20 2024 23:50:00 | U.S. Bank, N.A., C/O Michelle L. McGowan, ROBERTSON, ANSCHUTZ, SCHNEID,, CRANE & PARTNERS, PLLC, 13010 MORRIS ROAD, SUITE 450, Alpharette, GA 30004-2001 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 22, 2024                    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| DAVID A. SCHOLL | on behalf of Plaintiff Anthony Wall judgescholl@gmail.com |
| DAVID A. SCHOLL | on behalf of Debtor Anthony Wall judgescholl@gmail.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA, successor in interest to Lasalle Bank National Association, as trustee, on behalf of the holders of the Bear Stearns Asset Backed Securities I T bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. Bank  N.A. mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA, successor in interest to Lasalle Bank National Association, as trustee, on behalf of the holders of the Bear Stearns Asset Backed Securities I T mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. Bank Trust Company  National Association mimcgowan@raslg.com |
| PAMELA ELCHERT THURMOND | on behalf of Defendant City and School District of Philadelphia pamela.thurmond@phila.gov |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                    :        **Chapter 13**

ANTHONY WILL,                                              :

,                                                                           

Debtor(s).                                                     :        **Bankruptcy No.** - 22-10802

### ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the

proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

    7.    If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. '1326(a)(2).

Dated: Sept. 20, 2024

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE