UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ANTHONY WALL : Chapter 13
:
: Bankr. No.22-10802-AMC
:
Debtor(s)

## APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

David A. Scholl, Esquire applies under § 330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses and represents:

1. Applicant is counsel for the debtor.

2. The debtor filed a petition under chapter 13 of the Bankruptcy Code on *(3/31/2022)*.

3. The debtor's annualized current monthly income as set forth on Form B22C is:

    above median (the amount on line 15 is not less than the amount on line 16).

    below median (the amount on line 15 is less than the amount on line 16).

4. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

5. Applicant requests an award of compensation of $5760.00 for providing the following services: *(SEE ATTACHMENT)*

6. Applicant requests reimbursement of expenses in the amount of $0 for the following expenses: *(Description of Expenses)*

7. The debtor paid Applicant $1497.00 prior to the filing of the petition.

8. A copy of the Applicant's disclosure of compensation pursuant to Fed. R. Bankr. P. 2016(b) is attached hereto as Exhibit "A."

9. None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C. §504(c) applies.

WHEREFORE, Applicant requests an award of $4263.00 in compensation and of $_____ in reimbursement of actual, necessary expenses.

Date:_____                                    /s/ David A. Scholl, Esquire
                                                    DAVID A. SCHOLL
                                                    512 Hoffman Street
                                                    Philadelphia, PA. 19148
                                                    610-550-1765
                                                    Attorney for Debtor

| DATE | EVENT | TIME |
|---|---|---|
| 2/22//22 | Call from Clemt, may have to refile | 30 mins. |
| 2/20/22 | Prepare Petition | 30 mins. |
| | Client appears | 24 mins. |
| | Call to mortgage compny attorney | 12 mins. |
| 3/31/22 | File Petition | 18 mins. |
| | Client appears and makes payment | 18 mins. |
| | File Matrix, SS No., File Credit counseling Cert. | 12 mins. |
| | Email to Sheriff | 12 mins. |
| | Receive Orders from Court | 12 mins. |
| 4/5/22 | Notice of Appearance by KML | 12 mins. |
| | Work on Schedules | 30 mins. |
| 4/6/22 | Work on Schedules | 30 mins. |
| 4/11/22 | Finalize and File Schedules | 30 mins. |
| 7/8/22 | Amended Plan filed | 30 mins. |
| 8/1/22 | Appearance by Pamela Thurmund | 12 mins. |
| 8/3/22 | Email Mike Brown | 12 mins. |
| 8/5/22 | Work on Amended Plan | 18 mins. |
| 8/8/22 | Discuss Amende plan with Client | 30 mins. |
| 8/8/22 | Draft Amended Plan | 30 mins. |
| 8/24/22 | Calls lsl to Mike Brown and Client | 24 mins. |
| 926/22 | Amended Schedule Filed | 18 mins. |
| 10/4/22 | Trustee Motion to Dismiss Filed | 12 mins. |
| 10/5/22 | Adversary Proceeding Filed v. citty & School District | 30 mins. |
| 10/6/22 | Summons Issued & Served | 30 mins, |
| 10/25/22 | Answer to Motion to Dismiss | 30 mins. |
| 11/3/22 | Answer Filed to Adversary | 12 mins. |
| 11/14/22 | Amended Plan filed | 30 mins. |
| 11/17/22 | Hearings Continued to 1/12/23 | 18 mins. |
| 11/28/22 | Mediation statement Prepared | 24 mins. |
| 12/21/22 | Stipulation to settle Adverary Filed | 30 mins. |
| 1/5/23 | Stipulation Approved , Adverary Terminated | 30 mins. |
| 1/12/23 | Calls to Mike Brown & Client | 24 mins. |
| | Hearings Continued to 3/16/23 | 12 mins |
| 3/16/23 | Calls to Mike Brown & Client | 24 mins, |
| | Hearings continued to 4/20/23 | 12 mins. |
| 4/20/23 | Hearings Continued to 6/1/23 | 12 mins. |
| 4/28/23 | Amended Plan Filed | 30 mins. |

| Date | Description | Time |
|---|---|---|
| 10/25/2 | Answer to Motion to didmiss | 18 mins. |
| T5/3/23 | Certification of Service of Plan | 30 mins. |
| 5/25/23 | Calls to Client & Brown | 18 mins. |
| 6/7/23 | 4th Amended plan filed | 30 mins. |
| 6/22/23 | Hearings Contined to 7/6/23 | 12 mins. |
|  | Calls to Client & Brown | 18 mins. |
| 7/6/23 | Calls to Brown & Client | 24 mins |
| 8/4 to 8/7/23 | Try to Call Brown | 24 mins. |
|  | Hearings Continued to 8/10/23 | 18 mins. |
| 8/10/23 | Hearings Continued to 9/14/23 | 18 mins. |
| 9/14/23 | Hearings Continued to 11/2/23 | 18 mins. |
| 11/2/23 | Hearings Continued to 12/21/23 | 12 mins. |
| 12/21/23 | Hearings Continued to 1/11/24 | 12 mins. |
| 1/3/24 | Objection to Confirmation Filed by U.S.Bank | 24 mins. |
| 1/12/24 | Call to Attorney McGowan | 30 mins. |
| 1/11/24 | Hearings Continued to 2/15/24 | 12 mins. |
| 1/15/23 | 5th Amended Plan Filed | 30 ins. |
| 2/8/24 | Amended Objection Filed by McGowan | 24 mins. |
| 2/15/24 | Hearings Continued to 3/14/24 | 18 mins.ins. |
| 3/14/24 | Hearings Continued to 4/15/24 | 12 mins. |
| 4/15/34 | case Transferred from chief Judge Coleman to Judge Chan | 12 mins. |
| 4/18/24 | Hearings Continued to 6/20/24 | 12 ins. |
| 6/20/24 | Hearings Continued to 8/1/24 | 12 mins. |
| 8/1//24 | Hearings continued to 9/5/24 | 12 mins. |
| 9/6/24 | Calls to PLA | 18 mins. |
| 9/7/24 | Hearings continued to 9/15 | 12 mins. |
| 9/8/24 | Call to PLA, Lost appeal | 12 mins. |
| 9/14/24 | Calls to client & VA | 18 mins. |
|  | Calls to PLA & Leeane | 24 mins. |
| 9/14/24 | Calls to VA & Client | 24 mins. |
| 9/15/24 | Hearing | 12 mins. |
| 9/24/24 | Letters to Crditors re Dismissal | 1 hr. |
| 10/2/24 | Call to Client re Blue Hub | 18 mins. |

TOTAL