**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re: ANTHONY WALL,  :  CHAPTER 13

      Debtor  : BANKRUPTCY NO. 22-10802

## NOTICE OF FEE APPLICATION

Notice is hereby given to all interested parties that the Fee Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation for the period from March 31, 2022, through October 3, 2024 in the amount of $57604, for this period, has been filed. Any Objection to this Application must be filed and served upon me within twenty-one days from October 4, 2024, on or about which date this Notice will be served. A copy of the Application is being provided to the Chapter 13 Trustee, the United States Trustee, and the Debtor. Any interested parties can obtain a copy from me on request.

/s/ DAVID A. SCHOLL
512 Hoffman Street
Philadelphia, PA  19148
610-550-1765
Attorney for Debtor