# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
ANTHONY WALL,                                                           : CHAPTER 13
    Debtor

: BANKR. NO. 22-10802

## FEE APPLIATION ORDER

AND NOW, this _____ day of November , 2024, thr Fee Application of David A. Scholl , for compensation for services between March 31, 2022, and October 4, 2024, is GRANTED.

_____

1