IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT
OF PENNSYLVANIA

In re:20
ANTHONY WALL,                                                    : CHAPTER 13
    Debtor
                                                      : BANKR. NO. 22-10802

## CERTIFICATION OF SERVICE

I hereby certify that I served a copy of this court's dismissal order of September 20, 2024, on all interested parties on September 13, 2024; that no creditors filed any Fee Applications as of October 14, 2024; that I filed a Supplemenal Fee Application for $2000 on November 16, 2023; that I filed a Certification of No Objection to the Supplemental Fee Applictiona on December 28, 2023; and that this Application was granted on August 16, 2024.

Dated: October 14, 2024

                                                      /s/David A. Scholl
                                                      David A. Scholl, Esq
                                                      512 Hoffman St.
                                                      Philadelphia, PA. 19148
-                                                  Attorney for Plaintiff-Debtor