**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**
**ANTHONY WALL,** : **CHAPTER 13**
    **Debtor**

: **BANKR. NO. 22-10802**

## FEE APPLICATION ORDER

AND NOW, this <u>20th</u> day of November, 2024, the Fee Application of David A. Scholl, for compensation for services between March 31, 2022, and October 4, 2024, is GRANTED. Total amount of compensation allowed is $5,760.00 less the amount of $1,497.00 paid by the Debtor pre-petition.

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge