# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Anthony Wall**<br>　　　　　　　　　　**Debtor(s)** | BK NO. 22-10802 MDC<br><br>Chapter 13 |
| **U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to Lasalle Bank National Association, as trustee, on behalf of the holders of the Bear Stearns Asset Backed Securities I Trust 2004-HE6, Asset-Backed Certificates, Series 2004-HE6**<br>　　　　　　　　　　**Movant**<br>vs.<br><br>**Anthony Wall**<br>　　　　　　　　　　**Debtor(s)**<br><br>**Kenneth E. West,**<br>　　　　　　　　　　**Trustee** | Related to Claim No. 9 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on February 15, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Anthony Wall
5033 Schuyler Street
Philadelphia, PA 19144

Attorney for Debtor(s)
David A. Scholl, Law Office of David A. Scholl
512 Hoffman Street
Philadelphia, PA 19148

Trustee
Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service: electronic means or first class mail

Dated: February 15, 2023

**/s/Michael P. Farrington Esq.**
Michael P. Farrington Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com